UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL CASE NO. 3:05-CR-86 |
| | ) | JUDGES VARLAN/SHIRLEY |
| JAMES HENRY FARMER | ) | |

**O R D E R**

On the petition of the United States of America by James R. Dedrick, Acting United States Attorney for the Eastern District of Tennessee,

It is ordered that the Clerk of this Court be and hereby is instructed to issue a writ of habeas corpus ad prosequendum to the Chief Jailer, Brushy Mountain Correctional Complex, Petros, Tennessee, to bring James Henry Farmer, TNDOC I.D. No. 226974, before this Court at Knoxville, Tennessee, on the 7th day of February, 2006, at 1:00 p.m. on that day, for an initial appearance, or for his case to be otherwise disposed of, and each day thereafter until said case is disposed of, and immediately thereafter be returned to said Chief Jailer, Brushy Mountain Correctional Complex, Petros, Tennessee.

And it is further ordered that, in the event the Chief Jailer, Brushy Mountain Correctional Complex, Petros, Tennessee, so elects, the United States Marshal for the Eastern District of Tennessee, or any other duly authorized United States Marshal or Deputy United States Marshal, is directed to receive said James Henry Farmer into his

custody and transport him to and from said Brushy Mountain Correctional Complex, Petros, Tennessee, and this Court for the aforesaid purpose.

APPROVED FOR ENTRY:

s/ C. Clifford Shirley, Jr.
United States Magistrate Judge